[No. 69548-7-I.   Division One.   December 16, 2013.]

JESSICA MACLEAN, *Appellant*, v. KATE CHASE RYAN ET AL.,
*Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 10-2-25093-0, Carol A. Schapira, J., entered October 19, 2012. *Affirmed* by unpublished opinion per Verellen, J., concurred in by Leach, C.J., and Grosse, J.

[No. 69566-5-I.   Division One.   December 16, 2013.]

KAREN V. AGARS, *Appellant*, v. ROLLAND M. WATERS,
*Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 05-3-00290-9, Laura C. Inveen, J., entered November 7, 2012. *Reversed* and *remanded with instructions* by unpublished opinion per Lau, J., concurred in by Leach, C.J., and Becker, J.

[No. 69606-8-I.   Division One.   December 16, 2013.]

TIM McCLINCY ET AL., *Respondents*, v. MILLER ROOFING ENTERPRISES, INC., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-2-06720-1, Julie A. Spector, J., entered November 14, 2012. *Affirmed* by unpublished opinion per Cox, J., concurred in by Spearman, A.C.J., and Appelwick, J.

[No. 69644-1-I.   Division One.   December 16, 2013.]

ERIK D. ENSBERG, *Appellant*, v. JASON D. NELSON ET AL.,
*Respondents.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 10-2-07871-0, Janice E. Ellis, J., entered November 21, 2012. *Reversed* and *remanded with instructions* by unpublished opinion per Spearman, A.C.J., concurred in by Cox and Lau, JJ. Now published at 178 Wn. App. 879.